B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Ocean Development 1, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**26-3422994** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1 East 11 St**<br>**Ste 500**<br>**Riviera Beach, FL**   ZIP Code **33404** | Street Address of Joint Debtor (No. and Street, City, and State):   ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Palm Beach** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):   ZIP Code | Mailing Address of Joint Debtor (if different from street address):   ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other _____

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Chapter 11 Debtors**

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| B1 (Official Form 1)(1/08) | | Page 2 |
|---|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>Ocean Development 1, LLC | |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br> - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): **Ocean Development 1, LLC** |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** _____<br>Signature of Debtor<br><br>**X** _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>**X** _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| **X**  /s/ Susan D Lasky<br>Signature of Attorney for Debtor(s)<br>  Susan D Lasky 451096<br>Printed Name of Attorney for Debtor(s)<br>  Susan D Lasky, PA<br>Firm Name<br>  2101 N Andrews Avenue<br>  Suite 405<br>  Wilton Manors, FL 33311<br>Address<br><br>       Email: SLaskyLBRPA@bellsouth.net<br> 954-565-5854  Fax: 954-462-8411<br>Telephone Number<br>  December 24, 2009<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>**X** _____<br><br>_____<br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X**  /s/ Kim Plencner<br>Signature of Authorized Individual<br>  Kim Plencner<br>Printed Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual<br>  December 24, 2009<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re   **Ocean Development 1, LLC**
Debtor(s)

Case No. 
Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| American Express<br>POB 360001<br>Fort Lauderdale, FL 33336 | American Express<br>POB 360001<br>Fort Lauderdale, FL 33336 | | | 27,777.25 |
| Cheney Brothers Inc<br>One Cheney Way<br>West Palm Beach, FL 33404 | Cheney Brothers Inc<br>One Cheney Way<br>West Palm Beach, FL 33404 | | | 75,130.76 |
| Customs and Border Protection<br>One East 11 St<br>3rd Floor<br>West Palm Beach, FL 33404 | Customs and Border Protection<br>One East 11 St<br>3rd Floor<br>West Palm Beach, FL 33404 | | | 63,771.56 |
| Eagle Marine | Eagle Marine | | | 163,147.86 |
| Establishment Assamar Ltd<br>1088 Wall St West<br>Ste 138<br>Lyndhurst, NJ 07071 | Establishment Assamar Ltd<br>1088 Wall St West<br>Ste 138<br>Lyndhurst, NJ 07071 | | | 33,238.24 |
| First Insurance Funding Corp<br>450 Skokie Blvd<br>Ste 1000<br>Northbrook, IL 60062 | First Insurance Funding Corp<br>450 Skokie Blvd<br>Ste 1000<br>Northbrook, IL 60062 | | | 52,489.35 |
| Gulfstream Line Inc<br>POB 9319<br>West Palm Beach, FL 33404 | Gulfstream Line Inc<br>POB 9319<br>West Palm Beach, FL 33404 | | | 104,851.95 |
| IGT Media Holding<br>21 SE 1 Ave<br>3rd Floor<br>Miami, FL 33131 | IGT Media Holding<br>21 SE 1 Ave<br>3rd Floor<br>Miami, FL 33131 | | | 33,677.41 |
| International Game Technology<br>Solution Center<br>Chicago, IL 60677-4000 | International Game Technology<br>Solution Center<br>Chicago, IL 60677-4000 | | | 188,151.97 |
| Palmdale Oil Company<br>911 N Second St<br>Fort Pierce, FL 34950 | Palmdale Oil Company<br>911 N Second St<br>Fort Pierce, FL 34950 | | | 60,476.38 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Ocean Development 1, LLC**                                    Case No. _____

                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| PCA Delta<br>620 SW 12 Ave<br>Pompano Beach, FL 33069 | PCA Delta<br>620 SW 12 Ave<br>Pompano Beach, FL 33069 | | | 21,320.34 |
| Pinsky Consulting Group<br>811 Forrest Hill Blvd<br>West Palm Beach, FL 33405 | Pinsky Consulting Group<br>811 Forrest Hill Blvd<br>West Palm Beach, FL 33405 | | | 20,000.00 |
| Port of Palm Beach District<br>POB 9935<br>West Palm Beach, FL 33419 | Port of Palm Beach District<br>POB 9935<br>West Palm Beach, FL 33419 | | | 129,463.94 |
| Seabuilk Towing<br>POB 930129<br>Atlanta, GA 31193 | Seabuilk Towing<br>POB 930129<br>Atlanta, GA 31193 | | | 119,600.00 |
| Shuffle Master<br>Dept 6961<br>Los Angeles, CA 90084 | Shuffle Master<br>Dept 6961<br>Los Angeles, CA 90084 | | | 20,956.80 |
| St Marys Hospital<br>POB 532541<br>McDonough, GA 30253 | St Marys Hospital<br>POB 532541<br>McDonough, GA 30253 | | | 54,318.00 |
| Superior Charter Bus<br>4200 Georgia Ave<br>West Palm Beach, FL 33405 | Superior Charter Bus<br>4200 Georgia Ave<br>West Palm Beach, FL 33405 | | | 20,950.00 |
| Sysco of SE Florida LLC<br>1999 Martin Luther Kind Blvd<br>West Palm Beach, FL 33404 | Sysco of SE Florida LLC<br>1999 Martin Luther Kind Blvd<br>West Palm Beach, FL 33404 | | | 51,685.90 |
| The Palm Beach Post<br>2751 S Dixie Hwy<br>West Palm Beach, FL 33405 | The Palm Beach Post<br>2751 S Dixie Hwy<br>West Palm Beach, FL 33405 | | | 31,552.41 |
| United Healthcare<br>Dept ch 10151<br>Palatine, IL 60055 | United Healthcare<br>Dept ch 10151<br>Palatine, IL 60055 | | | 29,956.33 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the ___ of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **December 24, 2009**                    Signature  **/s/ Kim Plencner**
                                                          **Kim Plencner**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Ocean Development 1, LLC**  
                      Debtor(s)

Case No.  
Chapter  **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the  of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**15**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **December 24, 2009**         Signature  **/s/ Kim Plencner**  
                                                                        **Kim Plencner**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of Florida

In re   **Ocean Development 1, LLC**
Debtor(s)

Case No.
Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the  of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **December 24, 2009**

**/s/ Kim Plencner**
**Kim Plencner**/
Signer/Title

```
American Express
POB 360001
Fort Lauderdale, FL 33336


Cheney Brothers Inc
One Cheney Way
West Palm Beach, FL 33404


Customs and Border Protection
One East 11 St
3rd Floor
West Palm Beach, FL 33404


Eagle Marine



Establishment Assamar Ltd
1088 Wall St West
Ste 138
Lyndhurst, NJ 07071


First Insurance Funding Corp
450 Skokie Blvd
Ste 1000
Northbrook, IL 60062


Gulfstream Line Inc
POB 9319
West Palm Beach, FL 33404


IGT Media Holding
21 SE 1 Ave
3rd Floor
Miami, FL 33131


International Game Technology
Solution Center
Chicago, IL 60677-4000


Palmdale Oil Company
911 N Second St
Fort Pierce, FL 34950
```

```
PCA Delta
620 SW 12 Ave
Pompano Beach, FL 33069


Pinsky Consulting Group
811 Forrest Hill Blvd
West Palm Beach, FL 33405


Port of Palm Beach District
POB 9935
West Palm Beach, FL 33419


Seabuilk Towing
POB 930129
Atlanta, GA 31193


Shuffle Master
Dept 6961
Los Angeles, CA 90084


St Marys Hospital
POB 532541
McDonough, GA 30253


Superior Charter Bus
4200 Georgia Ave
West Palm Beach, FL 33405


Sysco of SE Florida LLC
1999 Martin Luther Kind Blvd
West Palm Beach, FL 33404


The Palm Beach Post
2751 S Dixie Hwy
West Palm Beach, FL 33405


United Healthcare
Dept ch 10151
Palatine, IL 60055
```