UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:                                                          CASE NO.: 09-38535-BKC-EPK
                                                                Chapter 11

OCEAN DEVELOPMENT I, INC.
                                                                PALM BEACH DIVISION
            Debtor.
_____/

**DEBTOR'S MOTION TO PAY PREPETTION WAGES**

**(Emergency Hearing Requested)**

(The above Debtor and Debtor In Possession requests an emergency hearing in the afternoon of December 30, 2009 in order to ensure that the Debtor's employees are secure in their payroll before a trip scheduled to the Bahamas later this week. Debtor is in contact with a representative of the employees who supports this motion. The basis for the emergency is that the Debtor's employees require these funds to survive and continue to work for the Debtor in the United States.)

Ocean Development I, Inc. (the "Debtor"), through undersigned counsel, hereby files this Motion to Pay Prepetition Payroll and states:

1.    On December 24, 2009, (the "Petition Date") the Debtor filed a voluntary petition under Chapter 11, Title 11 of the United States Code. The Debtor has remained in possession of its affairs.

2.    As of this date, no creditors committee has been appointed.

3     This court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1408 and 1409. The matter is a core proceeding pursuant to 28 U.S.C. §157(b).

4.    The Debtor is in the business of operating a casino cruise ship. The ship is actually owned by a separate entity. Unfortunately, one of the ship's engines blew in September, 2009. As result, the Debtor required tugboats to pull the ship at a cost of more than $10,000.00 per day. Then the Debtor's crew went on strike precipating a coast guard investigation, which cost the Debtor another ten (10 ) days of operation. After surviving the

engine problems and the strike, the Debtor lost an additional twenty- nine (29) days of operation at a cost of $50,000-$ 60,000 a day.

     5.     Debtor anticipates sufficient insurance proceeds to acquire a new boat which will facilitate reorganization.

     6.     The Debtor's employee relationship's have been difficult and the crew is essential to its operation. The prepetition payroll for the week ended December 20, 2009 was due December 24, 2009 in the amount of $182,004.07, inclusive of taxes. See Exhibit A attached hereto and incorporated herein.

Accordingly, the Debtor respectfully requests and order authorizing the payment of the prepetition payroll and for such further relief as the Court deems just.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by electronic mail to the attached list on this 29th day of December , 2009, and that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1 (A).

                                            SUSAN D. LASKY, PA
                                            Attorneys for Debtor
                                            2101 North Andrews Ave./ Suite 405
                                            Wilton Manors, FL  33311
                                            (954) 565-5854/ (954) 462-8411 Fax
                                            SLaskyLBRPA@bellsouth.net

                                            By:_____
                                               SUSAN D. LASKY, ESQ.
                                               Florida Bar No. 451096

Ocean Development 1, LLC
1 East 11 St
Ste 500
Riviera Beach, FL 33404

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Ross B Toyne on behalf of
Creditor Laurence Taulon
150 SE 2 Ave #1025
Miami, FL 33131

American Express
POB 360001
Fort Lauderdale, FL 33336

Cheney Brothers Inc
One Cheney Way
West Palm Beach, FL 33404

Customs and Border Protection
One East 11 St
3rd Floor
West Palm Beach, FL 33404

Establishment Assamar Ltd
1088 Wall St West
Ste 138
Lyndhurst, NJ 07071

First Insurance Funding Corp
450 Skokie Blvd
Ste 1000
Northbrook, IL 60062

Gulfstream Line Inc
POB 9319
West Palm Beach, FL 33404

IGT Media Holding
21 SE 1 Ave
3rd Floor
Miami, FL 33131

International Game Technology
Solution Center
Chicago, IL 60677-4000

Palmdale Oil Company
911 N Second St
Fort Pierce, FL 34950

PCA Delta
620 SW 12 Ave
Pompano Beach, FL 33069

Pinsky Consulting Group
811 Forrest Hill Blvd
West Palm Beach, FL 33405

Port of Palm Beach District
POB 9935
West Palm Beach, FL 33419

Seabuilk Towing
POB 930129
Atlanta, GA 31193

Shuffle Master
Dept 6961
Los Angeles, CA 90084

St Marys Hospital
POB 532541
McDonough, GA 30253

Superior Charter Bus
4200 Georgia Ave
West Palm Beach, FL 33405

Sysco of SE Florida LLC
1999 Martin Luther Kind Blvd
West Palm Beach, FL 33404

The Palm Beach Post
2751 S Dixie Hwy
West Palm Beach, FL 33405

United Healthcare
Dept ch 10151
Palatine, IL 60055