ORDERED in the Southern District of Florida on ___JAN 4 2010___



Erik P. Kimball, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

OCEAN DEVELOPMENT I, LLC,         CASE NO.: 09-38535-EPK
                                  CHAPTER 11
    Debtor.
_____/

### INTERIM ORDER GRANTING DEBTOR'S MOTION TO APPROVE POST PETITION FINANCING TO PAY PREPETTION WAGES, POST PETITION WAGES AND CRITICAL VENDORS

THIS CAUSE came before the Court on December 30, 2009 on the Debtor's Motion to Approve Post Petition Financing to Pay Pre petition Wages, Post Petition Wages and Critical Vendors and the Court having reviewed the Motion, having accepted the Debtor's un rebutted offer of proof as to the availability and necessity of obtaining the financing to pay certain expenses as enumerated herein during the initial week of the Debtor's operation and noting that no objection was made to said Motion and being otherwise advised in the premises, finds that the financing and payments as set forth herein are necessary and appropriate to avoid irreparable injury; Accordingly, it is;

ORDERED that:

1. The Debtor's motion is hereby GRANTED IN PART on an interim basis as provided herein;

2. The Debtor is authorized to obtain financing from Donna Krilich in the amount of $295,800.00 pursuant to Section 364(c) with priority over any or all administrative expenses of the kind specified in Section 503(b)(1) of this title as an administrative expenses and to make monthly interest payments at the rate of twelve percent (12%) during the pendency of this proceeding.

3. The Debtor is authorized to expend monies borrowed from Donna Krilich:

> (I) to pay pre petition payroll and any and all payroll taxes associated with any payroll payments so made, in the approximate amount of $182,000, inclusive of taxes as set forth on Exhibit A attached to DE 11;
>
> (II) To purchase fuel in the amount of $34,000.00;
>
> (III) to purchase food and supplies in the amount of $30,000;
>
> (IV) to pay its agent at the Port $15,000.00 for post-petition services; and
>
> (V) to pay Seaboat Towing $34,8000 for post-petition services; and it is

4. The Court shall continue the interim hearing on this Motion to January 7, 2009 at 1:30 p.m. at United States Bankruptcy Court 1515 Flagler N Dr Room 801 Courtroom B, West Palm Beach FL 33401 to consider additional financing.

###

Copies Furnished to: Susan D. Lasky., Esq.

*Susan D. Lasky, Esq. shall serve a copy of this order on all required parties and file a certificate of service attesting to such service.*