UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:   CASE NO.: 09-38535-BKC-EPK
         Chapter 11
OCEAN DEVELOPMENT I, INC.
         PALM BEACH DIVISION
         Debtor.
_____/

## DEBTOR'S MOTION TO AUTHORIZE PAYMENT OF CRITICAL VENDORS

(**Emergency Hearing Requested**)

(The above Debtor and Debtor In Possession requests an emergency hearing at 1:30 p.m. on January 7, 2010 in the in order to ensure that the Debtor's operations are not interrupted . The Debtor is seeking financing to The basis for the emergency is to prevent the that the Debtor's Debtor in the United States.)

Ocean Development I, Inc. (the "Debtor"), through undersigned counsel, hereby files this Motion to Authorize the Payment of Critical Vendors pursuant to Section 105 and 363 of the Bankruptcy Code and states:

1. On December 24, 2009, (the "Petition Date") the Debtor filed a voluntary petition under Chapter 11, Title 11 of the United States Code. The Debtor has remained in possession of its affairs.

2. As of this date, no creditors committee has been appointed.

3 This court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1408 and 1409. The matter is a core proceeding pursuant to 28 U.S.C. §157(b).

4. The Debtor is in the business of operating a casino cruise ship. The ship is actually owned by a separate entity. Unfortunately, one of the ship's engines blew in September, 2009. As result, the Debtor required tugboats to pull the ship at a cost of more than $10,000.00 per day. Then the Debtor's crew went on strike precipitating a coast guard

investigation, which cost the Debtor another ten (10) days of operation. After surviving the engine problems and the strike, the Debtor lost an additional twenty- nine (29) days of operation at a cost of $50,000-$60,000 a day.

5. The Debtor has a source of financing which allows it to maintain its operations. However, the Debtor fell behind with many vendors due to the problems set forth herein.

6. The Debtor seeks permission to pay certain prepetition expenses which are critical to its post petition operations such as insurances and its agent, Gulfstream Line, Inc. as set forth below:

First Insurance Funding Corporation    $52,489 ( monthly installment due under the premium financing agreement for the ship's insurance hull, and machinery, marine liability etc.) This coverage was renewed in September 2009 for one year.

Premium Financing                $ 3,798 ( monthly installment due under the premium financing agreement for the shoreside insurance for general liability property and crime etc.) The coverage was renewed in November for one year.

Zurick North America            $ 3,100 ( monthly installment for workers compensation insurance) The coverage was renewed in November 2009 for one year.

United Health Care              $30,000 (This is the employee group health insurance policy)

Gulfstream Line, Inc.           $ 65,652 (Agent at the Port of West Palm Beach)

Paetec                          $6,400 ( internet, ATM and communication provider)

## MEMORANDUM OF LAW

In order to obtain authorization to pay a pre petition vendor the Debtor must establish:(1) the payments are necessary to the reorganization process;(2) a sound business justification exists in that the critical vendor (s) refuse to continue to do business with the debtor absent being

2

afforded critical vendor status; and (3) the disfavored creditors are at least as well off as they would have been had the critical vendor order not been entered. In re Tropical Sportswear Int'l Corp., 320 B.R. 15 (M.D. Fla. 2005).

As to all insurances the payments are necessary to prevent cancellation of these policies. Insurance is necessary to the reorganization process and required by the Office of the Untied States Trustee.   The Debtor negotiated fair and reasonable business terms for each of the insurance coverages set forth above.  If the Debtor does not pay these premiums it will be extremely difficult to obtain new insurance and the terms of premiums and financing terms will not be as favorable. Accordingly more monies will be available to all creditors if the existing insurances are maintained.

As to the employee health insurance, failure to pay for same could result in employees with pre existing conditions  losing coverage.  Payment of the health insurance and maintaining the health of the crew is essential to the   Debtor's operation.

Gulfstream Line, Inc. is the Debtor's agent at the Port of Palm Beach.  Without an agent the Debtor would not be able to get any services from the Port.  The agent invoices the Debtor for services provided by the Port and oversees the Debtor's payments to the Port.  The agent is required to  post  a bond to secure payment to the Port.  The Debtor has negotiated an extremely beneficial agreement with Gulfstream Line, Inc.,  which  charges the Debtor $400.00 per week for its services.  Accordingly,  the Debtor does not want to jeopardize this agreement as it could cost the Debtor up to $2,000 a week to obtain a new agent due to the Debtor's financial status at this time.   Debtor cannot operate without an agent and Gulfstream cannot do business with the Debtor unless its prepetition invoices are paid. The failure to pay these charges will jeopardize

the agents bond.

Paetec provides the Debtor with its ship to shore connectivity, internet, ATM services and other communication. Debtor cannot operate without these services. Debtor has negotiated a beneficial agreement with Paetec and does not want to jeopardize this agreement. Another provider would require a large deposit or greater service charges due to the Debtor 's current financial situation. Accordingly, the Debtor believes it is the best interests of all creditors to prevent the interruption of the services provided by Paetec.

WHEREFORE the Debtor respectfully requests authorization to pay the vendors for the prepetition expenses as as set forth herein and for such other relief as the Court deems just.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by electronic mail to the attached list on this 5th day of January, 2010, and that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1 (A).

> SUSAN D. LASKY, PA
> Attorneys for Debtor
> 2101 North Andrews Ave./ Suite 405
> Wilton Manors, FL  33311
> (954) 565-5854/ (954) 462-8411 Fax
> SLaskyLBRPA@bellsouth.net
>
> By: `s/Susan Lasky`
> SUSAN D. LASKY, ESQ.
> Florida Bar No. 451096

Ocean Development 1, LLC  
1 East 11 St  
Ste 500  
Riviera Beach, FL 33404  

Office of the US Trustee  
USTPRegion21.MM.ECF@usdoj.gov  

Ross B Toyne on behalf of  
Creditor Laurence Taulon  
150 SE 2 Ave #1025  
Miami, FL 33131  

American Express  
POB 360001  
Fort Lauderdale, FL 33336  

Cheney Brothers Inc  
One Cheney Way  
West Palm Beach, FL 33404  

Customs and Border Protection  
One East 11 St  
3rd Floor  
West Palm Beach, FL 33404  

Establishment Assamar Ltd  
1088 Wall St West  
Ste 138  
Lyndhurst, NJ 07071  

First Insurance Funding Corp  
450 Skokie Blvd  
Ste 1000  
Northbrook, IL 60062  

Gulfstream Line Inc  
POB 9319  
West Palm Beach, FL 33404  

IGT Media Holding  
21 SE 1 Ave  
3rd Floor  
Miami, FL 33131  

International Game Technology  
Solution Center  
Chicago, IL 60677-4000  

Palmdale Oil Company  
911 N Second St  
Fort Pierce, FL 34950  

PCA Delta  
620 SW 12 Ave  
Pompano Beach, FL 33069  

Pinsky Consulting Group  
811 Forrest Hill Blvd  
West Palm Beach, FL 33405  

Port of Palm Beach District  
POB 9935  
West Palm Beach, FL 33419  

Seabuilk Towing  
POB 930129  
Atlanta, GA 31193  

Shuffle Master  
Dept 6961  
Los Angeles, CA 90084  

St Marys Hospital  
POB 532541  
McDonough, GA 30253  

Superior Charter Bus  
4200 Georgia Ave  
West Palm Beach, FL 33405  

Sysco of SE Florida LLC  
1999 Martin Luther Kind Blvd  
West Palm Beach, FL 33404  

The Palm Beach Post  
2751 S Dixie Hwy  
West Palm Beach, FL 33405  

United Healthcare  
Dept ch 10151  
Palatine, IL 60055