UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:

OCEAN DEVELOPMENT I, LLC

       Debtor.
_____/

CASE NO.: 09-38535-BKC-EPK
Chapter 11

PALM BEACH DIVISION

### DEBTOR'S APPLICATION FOR EMPLOYMENT OF
### SUSAN D. LASKY  AS COUNSEL FOR DEBTOR NUNC PRO TUNC

    Ocean Development I, LLC (the "Debtor"), respectfully requests an order of the Court authorizing the employment of Susan D. Lasky of the law firm of Susan D. Lasky, PA to represent the debtor in this case *nunc pro tunc* to December 24 , 2009 and states:

    1.  On December 24, 2009, (the "Petition Date") the Debtor filed a voluntary petition under Chapter 11, Title 11 of the United States Code.

    2.  The Debtor desires to employ Susan D. Lasky of the law firm of Susan D. Lasky, PA as attorney(s) in this case *nunc pro tunc* to the Petition Date.

    3.  The Debtor believes that the attorney is qualified to practice in the Bankruptcy Court and is qualified to advise the Debtor on its relations with, and responsibilities to, the creditors and other interested parties.

    4.  The professional services the attorney will render are summarized as follows:

    (a)  To give advice to the Debtor with respect to its powers and duties as a Debtor and the continued management of its business operations;

    (b)  To advise the Debtor with respect to its responsibilities in complying with the U.S. Trustee's Operating Guidelines and Reporting Requirements and with the rules of the court;

    (c)  To prepare motions, pleadings, orders, applications, adversary proceedings, and other legal documents necessary in the administration of the case;

(d)  To protect the interest of the Debtor in all matters pending before the court;

(e)  To represent the Debtor in negotiation with its creditors in the preparation of a Plan.

5.  To the best of Debtor's knowledge, neither said attorney nor said law firm have any connection with the creditors or other parties in interest or their respective attorneys.  Neither said attorney nor said law firm represent any interest adverse to the Debtor.

6.  Attached to this Motion is the proposed attorney's Affidavit demonstrating <u>Susan D. Lasky  and Susan D. Lasky, PA</u>  are disinterested as required by 11 U.S.C. § 327(a), and a verified statement as required under FRBP 2014.

WHEREFORE, the Debtor respectfully requests an Order authorizing retention of <u>Susan D. Lasky and Susan D. Lasky, PA</u> on a general retainer, pursuant to 11 U.S.C. §§ 327 and 330.

Dated:  January 6, 2010

**Ocean Development I, Inc.**


<u>Manager:</u>

<u>s/Stuart Anish</u>
Stuart Anish, Manager

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by electronic mail to the Office of the United States Trustee on this <u>6th</u> day of <u>January</u>, 2009, and that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1 (A).

> SUSAN D. LASKY, PA
> Attorneys for Debtor
> 2101 North Andrews Avenue/
> Suite 405
> Wilton Manors, FL 33311
> 954-565-5854/954-462-8411 fax
> SlaskyLBRPA@bellsouth.net
>
>
> BY:_____
>     SUSAN D. LASKY, ESQ.
>     Florida Bar No.: 451096

2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:

OCEAN DEVELOPMENT I, INC.

Debtor.

_____/

CASE NO.: 09-38535-BKC-EPK
Chapter 11

PALM BEACH DIVISION

### AFFIDAVIT OF PROPOSED ATTORNEY FOR DEBTOR-IN-POSSESSION

STATE OF FLORIDA    )
                    ) ss
COUNTY OF BROWARD   )

SUSAN D. LASKY, being duly sworn, says:

1. I am an attorney admitted to practice in the State of Florida and the United States District Court for the Southern District of Florida and the U.S. Bankruptcy Court for the Southern District of Florida.

2. I am employed by the law firm of Susan D. Lasky, PA, with my office located at 2101 North Andrews Avenue, Suite 405, Wilton Manors, FL 33311.

3. Neither I nor the firm represent any interest adverse to the debtor(s) or the estate, and we are disinterested persons as required by 11 U.S.C §327(a).

4. Except for the continuing representation of the debtor, neither I nor the firm has or will represent any other entity in connection with this case.

FURTHER AFFIANT SAYETH NAUGHT.

SUSAN D. LASKY, ESQ.

Sworn to and Subscribed before me this
____ day of __January__, 2010.
My commission expires:

_____
Notary Public, State of Florida

JESSICA RUSSELL
MY COMMISSION # DD 912120
EXPIRES: November 27, 2013
Bonded Thru Notary Public Underwriters