

**ORDERED in the Southern District of Florida on January 11, 2010.**

_____
**Erik P. Kimball, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | CASE NO.: 09-38535-BKC-EPK |
| | Chapter 11 |
| OCEAN DEVELOPMENT I, LLC. | |
| | PALM BEACH DIVISION |
| Debtor. | |
| _____/ | |

### SECOND INTERIM ORDER GRANTING DEBTOR'S MOTION TO APPROVE POST PETITION FINANCING TO PAY PREPETTION WAGES, POST PETITION WAGES AND CRITICAL VENDORS

THIS CAUSE came before the Court on January 7, 2009 on the Debtor's Motion to Approve Post Petition Financing to Pay Pre petition Wages, Post Petition Wages and Critical Vendors and the Court having reviewed the Motion, having accepted the Debtor's un rebutted offer of proof as to the availability and necessity of obtaining the financing to pay certain expenses as set forth on the Debtor's budget and noting that no objection was made to said Motion and being otherwise advised in the premises, finds that the financing and payments as set forth in the budget were necessary and appropriate to avoid irreparable injury. Accordingly, it is;

**ORDERED** that:

1. The Debtor's motion is hereby GRANTED;

2. The Debtor is authorized to obtain financing from Donna Krilich in the total amount of $350,000.00 pursuant to section pursuant to Section 364 ©  with priority over any or

all administrative expenses of the kind specified in Section 503(b)(1) of this title as an administrative expenses and to make monthly interest payments at the rate of twelve percent (12%) during the pendency of this proceeding.

3. The Debtor is authorized to expend monies borrowed from Donna Krilich in accordance with the Budget attached hereto and incorporated herein as Exhibit A to DE 31.

### 

Copies Furnished to: Susan D. Lasky., Esq. is directed to mail a conformed copy of this Order, immediately upon receipt, to the parties on the attached mailing list.

Ocean Development 1, LLC
1 East 11 St
Ste 500
Riviera Beach, FL 33404

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Ross B Toyne on behalf of
Creditor Laurence Taulon
150 SE 2 Ave #1025
Miami, FL 33131

American Express
POB 360001
Fort Lauderdale, FL 33336

Cheney Brothers Inc
One Cheney Way
West Palm Beach, FL 33404

Customs and Border Protection
One East 11 St
3rd Floor
West Palm Beach, FL 33404

Establishment Assamar Ltd
1088 Wall St West
Ste 138
Lyndhurst, NJ 07071

First Insurance Funding Corp
450 Skokie Blvd
Ste 1000
Northbrook, IL 60062

Gulfstream Line Inc
POB 9319
West Palm Beach, FL 33404

IGT Media Holding
21 SE 1 Ave
3rd Floor
Miami, FL 33131

International Game Technology
Solution Center
Chicago, IL 60677-4000

Palmdale Oil Company
911 N Second St
Fort Pierce, FL 34950

PCA Delta
620 SW 12 Ave
Pompano Beach, FL 33069

Pinsky Consulting Group
811 Forrest Hill Blvd
West Palm Beach, FL 33405

Port of Palm Beach District
POB 9935
West Palm Beach, FL 33419

Seabuilk Towing
POB 930129
Atlanta, GA 31193

Shuffle Master
Dept 6961
Los Angeles, CA 90084

St Marys Hospital
POB 532541
McDonough, GA 30253

Superior Charter Bus
4200 Georgia Ave
West Palm Beach, FL 33405

Sysco of SE Florida LLC
1999 Martin Luther Kind Blvd
West Palm Beach, FL 33404

The Palm Beach Post
2751 S Dixie Hwy
West Palm Beach, FL 33405

United Healthcare
Dept ch 10151
Palatine, IL 60055